Janet KOLB and David Kolb,
Plaintiffs/Appellants,

v.

The CITY OF WELDON SPRING, et
al., Defendants/Respondents.

No. 70080.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 16, 1996.

Joseph A. Colagiovanni and Jay L. Kanzler, Jr., Bryan Cave LLP, St. Louis, for appellants.

Mark G. Arnold and Kathryn M. Koch, Husch & Eppenberger, St. Louis, Robert M. Wohler, O'Fallon, for respondents.

Before PUDLOWSKI, P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Janet Kolb and David Kolb, appellants, appeal the granting of a motion to dismiss their petition in favor of the City of Weldon Spring and Whittaker Construction, Inc., respondents.

We have reviewed the briefs of the parties and the legal file and find that no error of law appears. As we further find an extended opinion would have no precedential value, we affirm the judgment of the circuit court pursuant to Rule 84.16(b). A memorandum solely for the use of the parties involved has been provided explaining the reasons for our decision.

SHAMROCK BUILDING SUPPLY,
INC., Appellant,

v.

EAGLE WINDOW AND DOOR,
INC., Respondent.

No. 69577.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 16, 1996.

Ted F. Frapolli, Thomas M. Pavelko, Stern, Frapolli & Ahlquist, St. Louis, for appellant.

Paul B. Lee, Leo W. Nelsen, Holtkamp, Liese, Beckmeier & Childress, St. Louis, for respondent.

Before CRANE, C.J., AHRENS, J., and TURNAGE, Senior Judge.

### ORDER

PER CURIAM.

In this breach of contract suit, plaintiff, Shamrock Building Supply Co., appeals the trial court's grant of defendant, Eagle Window & Door, Inc., motion for summary judgment. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).